

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>Caroline Joanne Herrling<br><br>DEFENDANT(S). | CASE NUMBER<br>CR No. 2:23-cr-00059-<br><br>**WAIVER OF INDICTMENT** |
|---|---|

I, **Caroline Joanne Herrling**, the above-named defendant, who is accused of **Conspiracy to commit wire fraud. Aggravated identity theft. Possession of controlled substan**, in violation of **18 U.S.C. 1349: 18 U.S.C. 1028A(a)(1):  21 U.S.C. 841(a)(1),(b)(1)(C):**, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on **02/21/2023**, prosecution by indictment and consent that the proceedings may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

If defendant is not an English speaker, include the following:

I, _____, am fluent in written and spoken English and _____ languages. I accurately translated this Waiver of Indictment from English into _____ to defendant _____, on this date.

Date: 2/21/2023

Before _____
Judicial Officer

_____
Interpreter

WAIVER OF INDICTMENT

CR-57 (05/08) [AO 455 Rev. 5/85]                                                            Page 1 of 1