Alex R. Kessel, Esq. (State Bar No. 110715)
15910 Ventura Blvd., Suite 1030
Encino, California 91436
Telephone: (818) 995-1422
Email: KessseLawFirm@gmail.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:23-cr-00059-MEMF |
| v. | |
| CAROLINE HERRLING | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually [✓] Filed   [ ] Lodged: **(List Documents)**

1) Ex Parte Application for Order Sealing Document
2) [Proposed] Order Sealing Document
3) Document

**Reason:**

[✓] Under Seal
[ ] In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Per Court order dated: _____
[ ] Other:

March 12, 2024
Date

/s/ Alex R. Kessel
Attorney Name

Defendant Caroline Herrling
Party Represented

*Note:* File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).