E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
ANDREW BROWN (Cal. Bar No. 172009)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0102
    Facsimile: (213) 894-6269
    E-mail:   andrew.brown@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:23-CR-59-MEMF |
|---|---|
| Plaintiff, | GOVERNMENT'S NOTICE REGARDING FORFEITURE |
| v. | |
| CAROLINE JOANNE HERRLING, aka "Carrie Phenix," | Sentencing: March 15, 2024  2:00 p.m. |
| Defendant. | |

    On July 31, 2023, the Court entered an AMENDED PRELIMINARY ORDER OF FORFEITURE against defendant's residence. (Dkt 35.) Since then, the mortgage holder on the property foreclosed, receiving no bids on the property that exceeded the amount owed. Accordingly, there is no remaining equity in the property for the government to forfeit. Therefore, the Court need not address at sentencing the government's efforts to forfeit defendant's interest in the property, which has already been extinguished by foreclosure.

    ///

| | |
|---|---|
| Dated: March 12, 2024 | Respectfully submitted, |
| | E. MARTIN ESTRADA<br>United States Attorney |
| | MACK E. JENKINS<br>Assistant United States Attorney<br>Chief, Criminal Division |
| | *Andrew Brown* |
| | ANDREW BROWN<br>Assistant United States Attorney |
| | Attorneys for Plaintiff<br>UNITED STATES OF AMERICA |