1  Tony Faryar Farmani (State Bar No. 211101)
   tffarmani@aol.com
2  FARMANI, APLC
   PO Box 8727
3  Rancho Santa Fe, CA 92067
   Phone: 310-926-1150
4  Attorney for *Defendant*
   CAROLINE JOANNE HERRLING
5
6
7
8              **UNITED STATES DISTRICT COURT**
9              **CENTRAL DISTRICT OF CALIFORNIA**
10                    **WESTERN DIVISION**
11

| | |
|---|---|
| 12  UNITED STATES OF AMERICA, | Case No. 2:23-cr-00059-MEMF<br>U.S.C.A. Case No. 24-1890 |
| 13              Plaintiff, | |
| 14  v. | **UNOPPOSED REQUEST TO ACCESS SEALED TRANSCRIPT** |
| 15 | |
| 16  CAROLINE JOANNE HERRLING, | Honorable Maame<br>Ewusi-Mensah Frimpong |
| 17              Defendant. | United States District Judge |

18
19     Defendant Caroline Joanne Herrling, by and through her undersigned counsel
20  respectfully requests that the sealed transcript for the hearing held on March 2, 2023,
21  (*see* ECF No. 23), be disclosed to defendant's appellate counsel, Tony Faryar Farmani,
22  but that the transcript of the hearing held on March 2, 2023, remain sealed for all other
23  purposes. Plaintiff's counsel, Assistant United States Attorney Andrew Brown, has no
24  opposition to this request.                          Respectfully submitted,
25
26  Dated: May 3, 2024          By:     /s/ Tony Faryar Farmani
                                        Attorney for Defendant
27                                      Caroline Joanne Herrling
28

- 1 -